# Court of Appeals
# of the State of Georgia

ATLANTA,  November 10, 2015

*The Court of Appeals hereby passes the following order:*

## A16D0100. KALEIGH MARIE SHEFFIELD v. HOLLY M. SHEFFIELD.

Kaleigh Marie Sheffield filed this discretionary application from the trial court's order awarding joint legal custody of her child to the child's maternal grandmother. Under OCGA § 5-6-34 (a) (11), "[a]ll judgments or orders in child custody cases awarding, refusing to change, or modifying child custody" are directly appealable. A party seeking to challenge an order in a child custody case, therefore, may file a direct appeal. See *Cohen v. Cohen*, 300 Ga. App. 7, 8 (1) (684 SE2d 94) (2009); *Taylor v. Curl*, 298 Ga. App. 45 (679 SE2d 80) (2009). We will grant an otherwise timely discretionary application if the lower court's order is subject to direct appeal. See OCGA § 5-6-35 (j). Accordingly, this application is hereby GRANTED. Kaleigh Sheffield shall have ten days from the date of this order to file a notice of appeal with the trial court. If, however, she has already filed a timely notice of appeal, she need not file a second notice. The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  11/10/2015

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

Stephen E. Castlen , Clerk.